# OPINIONS

## RENDERED TO HIS EXCELLENCY THE GOVERNOR,

### IN THE YEAR A. D. 1875.

---

IN THE MATTER OF THE EXECUTIVE COMMUNICATION OF OCTOBER 5, 1875.

1. Where an amendment of a section of a constitution or of an act of the Legislature provides that the section " *is hereby amended so as to read as follows*," what follows becomes the entire law, and the old section ceases upon the adoption of the new to have any legal force or operation. Such portion of the old section as is reinserted in the new is not repealed and re-enacted by such action ; it is continued. Such portion as is omitted ceases to be law upon the adoption of the amendment.

2. Under the amendments of the constitution Justices of the Peace hold their offices for four years from the date of signing and sealing their commissions. Where this time has expired the party ceases to be such Justice, although his appointment was before the amendment and when the tenure of office was during good behavior.

OCTOBER 5, 1875.

*To the Honorable Justices of the Supreme Court :*

GENTLEMEN : Section 15 of Article VI of the Constitution of this State originally read as follows, viz : " The Governor shall appoint as many Justices of the Peace as he may deem necessary. Justices of the Peace shall hold their offices during good behavior, subject to removal by the Governor at his own discretion." By the ninth amendment to the Constitution, adopted by the Legislature and ratified by the people during the current year, the latter part of this section was amended so as to read as follows, viz: " They may hold their offices for the term of four years, subject to removal by the Governor for reasons satisfactory to him." I would respectfully request your opinion on the following points :

First. Does the above amendment operate to vacate the

commissions of all Justices of the Peace holding office at the time of its adoption, and render new appointments necessary without regard to the date of their appointment?

Second. If it does not, then (with regard to Justices now in office) is the four years to which their term is now limited to be reckoned from the date of their appointment or from the date of the ratification of this amendment to the Constitution?

Third. If the former, then does this amendment operate to remove Justices of the Peace who, at the date of the adoption, had held their offices for more than four years?

I have the honor to be, very respectfully, your obedient servant, M. L. STEARNS, Governor.

TALLAHASSEE, FLA., October 28, 1875.

*His Excellency M. L. Stearns, Governor of Florida, Tallahassee, Florida :*

SIR: I have the honor to submit the following reply to your communication of the 5th of October:

Section 15, Article VI, of the Constitution of 1868, was as follows: "The Governor shall appoint as many Justices of the Peace as he may deem necessary. Justices of the Peace shall have criminal jurisdiction and civil jurisdiction not to exceed fifty dollars; but this shall not extend to the trial of any person for misdemeanor or crime. The duties of Justices of the Peace shall be fixed by law. Justices of the Peace shall hold their offices during good behavior, subject to removal by the Governor at his own discretion."

Section 14 of Article IV of the Constitution provided * * * that "no law shall be amended or revised by reference to its title only, but in such case the act as revised, or section as amended, shall be re-enacted and published at length."

Among the late amendments to the Constitution is the following:

Section 15 of Article VI of the Constitution is hereby amended so as to read as follows:

SECTION 15. The Governor shall appoint as many Justices of the Peace as he may deem necessary. Justices of the Peace shall have jurisdiction in civil actions at law in cases in which the amount or value involved does not exceed one hundred dollars; and in criminal cases their powers shall be fixed by law. Their powers, duties and responsibilities shall be regulated by law. They may hold their offices for hte term of four years, subject to removal by the Governor for reasons satisfactory to him."

This section, as amended, we thus find as a whole. The power making the amendment, following the rule prescribed for amending an ordinary act of the Legislature, instead of ordaining in exact language the change desired, states the whole law as it is to be in future, giving so much as was embraced in the old section, which was then in force, and which was still to be in force, as well as omitting that which was to be no longer in force, and inserting that which was to be of force instead of that omitted.

The change desired was in the jurisdiction, power and term of office of Justices of the Peace. No change in the manner of appointment is made. Instead of ordaining a section making the changes desired in these respects, and in these only, the law upon the whole subject is inserted as well as to the matter of appointment as otherwise, the purpose being to avoid any doubt as to the intention and scope of the action, and the change or amendment made. We thus have in the section as amended so much of the old law as had been in force, as was then in force, and was to be in force. This is true of such portion of the old section as remained unchanged. As to this portion reinserted, at no time did it cease to be law. It was not repealed and re-enacted; it was continued. That which was omitted from the old section was no longer to be of force, and ceased to be law upon the adoption of the amendment; and that

which was new, and for the first time ordained, was to be
in future the law, instead of that taken from the original
section.   As a consequence from what has been said, Jus-
tices of the Peace holding commissions from the Governor,
issued under that portion of the old section which was and
still is the law, derive their authority and power as justices
from the proper constitutional authority, and hence their
appointments are still valid, unless the change in the term
reaches them.

As it is within the power of the authority in which is
vested the power to amend the Constitution to change the
jurisdiction, duties and term of office of a constitutional of-
ficer, it follows, also, from what has been said, that while
the authority to exercise the duties of Justices of the Peace
still remains with those appointed under the original Con-
stitution, yet they have such power and jurisdiction only as
the amendment confers.   As to the extent of the change
the old law has ceased to be operative.

The original clause as to the tenure of office of Justices
of the Peace provided that they should hold their offices
during good behavior, subject to removal by the Governor
at his discretion.   The amendment provides that they shall
hold their offices for the term of four years, subject to re-
moval by the Governor for reasons satisfactory to him.
There cannot be a Justice of the Peace holding office for
the time prescribed by the old Constitution, or with such
tenure, because that provision has ceased to have any effect.
There is now no law for any other tenure than that of four
years.   From what time is this holding to be calculated;
when does it begin?   The Constitution makes no exception.
The same rule must be applied to all Justices of the Peace.

There is nothing in the amendment to save Justices of
the Peace in commission under the old tenure from the ap-
plication of the same rule to their cases as applies to future
appointments.   What is that rule?   When the commission
of a Justice of the Peace is signed and sealed, all that is

necessary to his investiture of the office is complete. Under the practice in this State, all the conditions as to taking oaths, &c., are complied with before the commission issues. To him, upon the signing and sealing the commission, belongs the office. He holds it within the meaning of the Constitution from that date. In the language of the Supreme Court of the United States, "the transmission of the commission to the officer is not essential to his investiture of the office." This I state as a general rule, applicable to officers of this class who accept and enter upon their duties. As a result from what has been said, it follows that all Justices of the Peace who had been in commission for four years at the time this amendment became operative as law, ceased to be such justices, the time for which the law authorized them to hold their offices having then expired.

The other members of the court concur in this conclusion. 19 How. 78; 3 Wis. 671; 3 Gray, 601; 31 Wis. 138; 17 Wis. 651; 20 Texas, 231.

Very respectfully, .

JAMES D. WESTCOTT, JR.,
Justice Supreme Court of Florida.